IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CLANCY-GERNON**
**FUNERAL HOMES, et al.,**

**Plaintiffs,**

v.

**MERRILL LYNCH, PIERCE,**
**FENNER & SMITH, INC. Et al.,**

**Defendants.**                                                          No. 09-1008-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On November 17, 2009, the District Court for the Northern District of Illinois transferred this case to this judicial district and this Court received the file on December 2, 2009 (Docs. 43, 44 & 45). A review of the record shows that none of the corporate parties filed the disclosure statement required by **Federal Rule of Civil Procedure 7.1**. Thus, the Court **ORDERS** the corporate parties to file the disclosure statements on or before December 17, 2009.

**IT IS SO ORDERED.**

Signed this 3rd day of December, 2009.

/s/   David R Herndon
**Chief Judge**
**United States District Court**